# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JAMAL A. MORTON, individually and on behalf of all other similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES VIRGIN ISLANDS,** The Honorable **ALBERT BRYAN, JR.,** in his official capacity as the Governor of the United States Virgin Islands, **JOEL A. LEE,** in his official capacity as the Director of the Bureau of Internal Revenue, **CLARINA MODEST ELLIOT,** in her official capacity as the Commissioner of the Department of Finance,<br><br>**Defendants.** | Case No. 3:20-cv-0109 |

**ATTORNEYS:**

**Joseph A. DiRuzzo, III**
DiRuzzo & Company
401 East Las Olas Blvd. Suite 1400
Ft. Lauderdale, FL
    *For Jamal Morton,*

**Denise N. George, Attorney General**
**Carol Thomas-Jacobs, Assistant AG**
Virgin Islands Department of Justice
34-38 Kronprindsens Gade
G.E.R.S. Complex, 2nd Floor
St. Thomas, VI
    *For the United States Virgin Islands*

## **ORDER**

    **BEFORE THE COURT** is Plaintiff Jamal Morton's ("Morton") Motion for Preliminary Injunction, filed on November 4, 2020. (ECF No. 5.)

*Morton v. USVI et al.*
Case No. 3:20-cv-0109
Order
Page 2 of 2

These premises considered, it is hereby

**ORDERED** that, **no later than November 20, 2020,** Defendants shall file a response to Plaintiff's motion; it is further

**ORDERED** that this matter is **SCHEDULED** for oral arguments to commence promptly at 9:00 A.M. on November 24, 2020, in St. Thomas Courtroom 1; and it is further

**ORDERED** that the Office of the United States Marshal shall serve a copy of this Order on Denise George, Attorney General, and Carol Thomas-Jacobs, Assistant Attorney General, by hand delivery.

**Dated:** November 13, 2020                    */s/ Robert A. Molloy*
                                                                **ROBERT A. MOLLOY**
                                                                **District Judge**