## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JAMAL A. MORTON, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES VIRGIN ISLANDS, The Honorable ALBERT BRYAN, JR., in his official capacity as the Governor of the United States Virgin Islands, JOEL A. LEE, in his official capacity as the Director of the Bureau of Internal Revenue, CLARINA MODEST ELLIOT, in her official capacity as the Commissioner of the Department of Finance,<br><br>Defendants. | Case No. 3:20-cv-0109 |

### ORDER

**BEFORE THE COURT** is the Motion to Quash Subpoena by Defendants (the "Government"), filed on December 11, 2020. (ECF No. 71.) The person named in the subpoena is "Tamarah Parsons Smalls." (ECF No. 68.) The process server served "Barbara Richards." *Id.* at 1. The Government notes in its motion to quash that Attorney Smalls has yet to be served. (ECF No. 71 at 1.) Rule 45 of the Federal Rules of Civil Procedure requires the subpoena to be served on the named person. Fed. R. Civ. P. 45(b)(1).

These premises considered, it is hereby

**ORDERED** that, **no later than 2:00 p.m. on December 13, 2020,** Plaintiff Morton shall file a response to this order indicating whether Tamarah Parsons Smalls was properly served with the subpoena.

**Dated:** December 12, 2020

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**District Judge**