## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JAMAL A. MORTON, individually and on behalf of all other similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES VIRGIN ISLANDS,  )<br>The Honorable ALBERT BRYAN, JR.,  )<br>in his official capacity as the Governor  )<br>of the United States Virgin Islands,  )<br>JOEL A. LEE, in his official capacity as  )<br>the Director of the Bureau of  )<br>Internal Revenue, CLARINA  )<br>MODEST ELLIOT, in her official  )<br>capacity as the Commissioner of  )<br>the Department of Finance,  )<br>)<br>Defendants.  )<br>) | Case No. 3:20-cv-0109 |

**APPEARANCES:**

**Joseph A. DiRuzzo, III, Esq.**
DiRuzzo & Company
Ft. Lauderdale, FL
    *For Jamal Morton*

**Ariel Marie Smith-Francois, Assistant Attorney General**
**Christopher M. Timmons, Assistant Attorney General**
Virgin Islands Department of Justice
St. Thomas, VI
    *For the Defendants*

*Morton v. USVI et al.*
Case No. 3:20-cv-0109
Order
Page 2 of 2

## ORDER

**BEFORE THE COURT** is Defendants' Motion to Dismiss, filed on December 14, 2020. (ECF No. 80.) For the reasons stated in the Memorandum Opinion dated December 31, 2020, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 80, is **GRANTED**; it is further

**ORDERED** that all pending motions are **DENIED** as **MOOT**; and it is further

**ORDERED** that this case is **DISMISSED** without prejudice; it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

**Dated:** December 31, 2020                    */s/ Robert A. Molloy*
                                                **ROBERT A. MOLLOY**
                                                **District Judge**